Exh. A

EDUCATION

## Federal officials are quietly terminating the legal residency of some international college students



BY **COLLIN BINKLEY**, **ANNIE MA** AND **MAKIYA SEMINERA**
Updated 5:25 PM EDT, April 4, 2025

WASHINGTON (AP) — A crackdown on foreign students is alarming college leaders, who say the Trump administration is using new tactics and vague justifications to push some students out of the country.

College officials worry the new approach will keep foreigners from wanting to study in the U.S.

Students stripped of their entry visas are receiving orders from the Department of Homeland Security to leave the country immediately — a break from past practice that often permitted them to stay and complete their studies.

Some students have been targeted over pro-Palestinian activism or criminal infra
violations. Others have been left wondering how they ran afoul of the government

At Minnesota State University in Mankato, President Edward Inch told the campus
been revoked for five international students for unclear reasons.

Ex-LSU receiver Kyren Lacy died in an apparent suicide during a police chase, authorities say

ADVERTISEMENT



The Athletic

Subscribe to in-depth sports coverage.
$2/month for your first year.

SUBSCRIBE NOW

Every sport
you love.

He said school officials learned about the revocations when they ran a status check in a database of international students after the detention of a Turkish student at the University of Minnesota in Minneapolis. The State Department said the detention was related to a drunken driving conviction.

**RELATED STORIES**



**What to know about international student visas being revoked**



**Columbia University arrests worry international college students**



**Mahmoud Khalil's lawyers appear in court over jurisdiction of Columbia activist's case**

"These are troubling times, and this situation is unlike any we have navigated before," Inch wrote in a letter to campus.

President Donald Trump campaigned on a promise to deport foreign students inv[...]
protests, and federal agents started by detaining Columbia graduate student Mah[...]
holder and Palestinian activist who was prominent in protests at Columbia last ye[...]
Rubio said last week students are being targeted for involvement in protests along[...]
"potential criminal activity."

In the past two weeks, the government apparently has widened its crackdown. Of[...]
the country have discovered international students have had their entry visas revoked and, in many cases,

their legal residency status terminated by authorities without notice — including students at Arizona State, Cornell, North Carolina State, the University of Oregon, the University of Texas and the University of Colorado.

Some of the students are working to leave the country on their own, but students at Tufts and the University of Alabama have been detained by immigration authorities — in the Tufts case, even before the university knew the student's legal status had changed.

## Feds bypass colleges to move against students

In this new wave of enforcement, school officials say the federal government is quietly deleting foreigners' student records instead of going through colleges, as was done in the past.

Students are being ordered to leave the country with a suddenness that universities have rarely seen, said Miriam Feldblum, president and CEO of the Presidents' Alliance on Higher Education and Immigration.

In the past, when international students have had entry visas revoked, they generally have been allowed to keep legal residency status. They could stay in the country to study, but would need to renew their visa if they left the U.S. and wanted to return. Now, increasing numbers of students are having their legal status terminated, exposing them to the risk of being arrested.

"None of this is regular practice," Feldblum said.

At North Carolina State University, two students from Saudi Arabia left the U.S. after learning their legal status as students terminated, the university said. N.C. State said it will work with the students to complete their semester from outside the country.

Philip Vasto, who lived with one of the students, said his roommate, in graduate s[...] management, was apolitical and did not attend protests against the war in Gaza. [...] his roommate his student status had been terminated, it did not give a reason, Va[...]

Since returning to Saudi Arabia, Vasto said his former roommate's top concern is [...] university.

"He's made his peace with it," he said. "He doesn't want to allow it to steal his pea[...]

## Database checks turn up students in jeopardy

At the University of Texas at Austin, staff checking a federal database discovered two people on student visas had their permission to be in the U.S. terminated, a person familiar with the situation said. The person declined to be identified for fear of retaliation.

One of the people, from India, had their legal status terminated April 3. The federal system indicated the person had been identified in a criminal records check "and/or has had their visa revoked." The other person, from Lebanon, had their legal status terminated March 28 due to a criminal records check, according to the federal database.

Both people were graduates remaining in the U.S. on student visas, using an option allowing people to gain professional experience after completing coursework. Both were employed full time and apparently had not violated requirements for pursuing work experience, the person familiar with the situation said.

Some students have had visas revoked by the State Department under an obscure law barring noncitizens whose presence could have "serious adverse foreign policy consequences." Trump invoked the law in a January order demanding action against campus antisemitism.

But some students targeted in recent weeks have had no clear link to political activism. Some have been ordered to leave over misdemeanor crimes or traffic infractions, Feldblum said. In some cases, students were targeted for infractions that had been previously reported to the government.

Some of the alleged infractions would not have drawn scrutiny in the past and will likely be a test of students' First Amendment rights as cases work their way through court, said Michelle Mittelstadt, director of public affairs at the Migration Policy Institute.

"In some ways, what the administration is doing is really retroactive," she said.

The Association of Public and Land-grant Universities is requesting a meeting with over the issue. It's unclear whether more visas are being revoked than usual, but o on international exchange.

Many of the association's members have recently seen at least one student have Bernie Burrola, a vice president at the group. With little information from the gov been interviewing students or searching social media for a connection to political activism.

"The universities can't seem to find anything that seems to be related to Gaza or social media posts or protests," Burrola said. "Some of these are sponsored students by foreign governments, where they specifically are very hesitant to get involved in protests."

There's no clear thread indicating which students are being targeted, but some have been from the Middle East and China, he said.

At Texas A&M, officials who looked into why three students had their status terminated said they had long-resolved offenses on their records, including one with a speeding ticket.

America's universities have long been seen as a top destination for the world's brightest minds — and they've brought important tuition revenue and research breakthroughs to U.S. colleges. But international students also have other options, said Fanta Aw, CEO of NAFSA, an association of international educators.

"We should not take for granted that that's just the way things are and will always be," she said.

—

The Associated Press' education coverage receives financial support from multiple private foundations. AP is solely responsible for all content. Find AP's standards for working with philanthropies, a list of supporters and funded coverage areas at AP.org.

—

Associated Press writers Steve Karnowski in St. Paul, Minnesota, and Angeliki Kastanis in Los Angeles contributed to this report.



**COLLIN BINKLEY**
Binkley covers the U.S. Education Department and federal education policy for The Associated Press, along with a wide range of issues from K-12 through higher education.
X ✉



**ANNIE MA**
Ma is an Associated Press national writer who covers K-12 education.
X ✉

**MAKIYA SEMINERA**
Seminera is a state government reporter for The Associated Press. She is based in Raleigh, North Carolina.
X ✉



ADVERTISEMENT



Exh. B



**SEVIS HELP HUB**
**Termination Reasons**

Home \ SEVIS Help Hub \ Student Records \ Completions and Terminations \

**Termination Reasons**

# TERMINATION REASONS

Last updated: April 9, 2025

## Quick Links:

- Student Termination Reasons Available in SEVIS to DSOs
- Dependent Termination Reasons Available in SEVIS to School Officials
- SEVP-Only Termination Reasons

This job aid is a quick reference for termination reasons noted in the Student and Exchange Visitor Information System (SEVIS).

**Expand All | Collapse All**

Official website of the Department of Homeland Security

 Homeland Security  |  **STUDY** in the **STATES**

SEVIS Help Hub
Navigation

**Student
Records**

Classification
of Instructional
Programs (CIP)

Dependents

Request/Authorizatic
Details

Sample Form I-
20

Certificates of
Eligibility

| Reason | Use when... |
|---|---|
| Absent from Country for Five Months | Both of the following statements are true:<br><br>• The student is known to be outside the United States.<br>• The student has been outside the United States for five months or longer.<br><br>**Note:** Do not use this reason for:<br><br>• A leave of absence – use Authorized Early Withdrawal.<br>• A student who fails to enroll after a break or vacation – use Failure to Enroll. |
| Authorized Drop Below Full Course Time Exceeded | Both of the following statements are true:<br><br>• A reduced course load (RCL) was approved by the DSO for the student for the previous session.<br>• The student did not enroll for a full course of study when the approved RCL period ended. |
| Authorized Early Withdrawal | The following statement is true:<br><br>• A request to withdraw from a |

Completions and Terminations

Complete Program

Terminate a Student

**Termination Reasons**

Corrections and Correction Requests

F/M Status

F/M Student Employment

Manage Program Dates, Registration and Course Load

Transfers

Update Student Records

SEVIS Basics

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

• The student will interrupt studies for the term.

| Reason | Use when... |
|--------|-------------|
| | • The student cannot maintain enrollment at the school during the term. **Note:** • F-1 students must leave the United States within 15 days of the termination date. This grace period does not apply to M-1 students, who must depart immediately. • Do not use this reason to terminate a student leaving the United States during a period of earned vacation. Instead, change the next session start date on the Registration page in SEVIS to reflect the next date the student is expected to enroll. |
| Change of Status Approved | The SEVIS record is in Active status and **any** of the following statements is true: • USCIS approved the student's change of status out of F or M status. • USCIS approved the student's |

Official website of the Department of Homeland Security



**STUDY** in the **STATES**

| | |
|--|--|
| | ...termination reason when the CLAIMS interface indicates USCIS approved  a student's change of |

| Reason | Use when... |
|---|---|
| | status or adjustment of status application. |
| Change of Status Denied | **Students Changing to F or M Status:** DSOs should not need to use this reason. Prospective F or M status students should not be registered in SEVIS until USCIS approves the change of status to F or M status. The student's record should remain in Initial status until the adjudication is made.

**Note:** SEVIS will automatically terminate the nonimmigrant's SEVIS record for the reason above when the CLAIMS interface indicates a denial of the change of status. If it does not, terminate the record, use the reason, and explain what happened.

**Students Changing from F or M Status to another:** The SEVIS record is in Active status and all the following statements are true:

• The student applied for change |

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

| | **Note:** SEVIS will note this reason when it auto-terminates a record |

| Reason | Use when... |
|---|---|
| | because the USCIS denial was received through CLAIMS. |
| Change of Status Withdrawn | **Students Changing to F or M Status:** DSOs should not need to use this reason. Prospective F or M status students should not be registered in SEVIS until USCIS approves the change of status to F or M status. The student's record should remain in Initial status until the adjudication is made.<br><br>**Note:** SEVIS will automatically terminate the nonimmigrant's SEVIS record for the reason above when the CLAIMS interface indicates a withdrawal. If it does not, terminate the record, use this reason, and explain what happened.<br><br>**Students Changing from F or M Status:** The SEVIS record is in Active status and all the following statements are true:<br><br>• The student applied for change from F or M to another nonimmigrant status. |

 Official website of the Department of Homeland Security

Homeland Security     **STUDY** in the **STATES**

| | when it auto-terminates a record |
|---|---|

| Reason | Use when... |
|---|---|
| | because the USCIS withdrawal was received through CLAIMS. |
| Death | The student died.<br><br>**Note:** Do not use this reason if anyone else in the student's family died. |
| Denied Transfer | All the following statements are true:<br><br>• The student is an M-1 student.<br>• The student's SEVIS record indicates a request to transfer.<br>• The student filed Form I-539 with USCIS for approval to transfer to new school.<br>• USCIS denied the Form I-539 approval to transfer.<br>• The program end-date at the old (transfer-out) school is in the past or the student began studying at the new (transfer-in) school.<br>• The SEVIS record is in Active status.<br><br>**Note:** SEVIS will note this reason |

 Official website of the Department of Homeland Security

Homeland Security   **STUDY** in the **STATES**

| Expulsion | The student was expelled from his or her current program of study. |
|---|---|

| Reason | Use when... |
|---|---|
| Extension Denied | All the following statements are true:<br><br>• The student is in M-1 status.<br>• The student's SEVIS record indicates an extension request.<br>• The student filed Form I-539 with USCIS for approval to extend the program of study.<br>• USCIS denied the Form I-539 request to extend the program of study.<br>• The program end-date is in the past.<br>• The SEVIS record is in Active status.<br><br>**Note:** SEVIS will note this reason when it auto-terminates a record because the USCIS denial is received through CLAIMS. |
| Failure to Enroll | All the following statements are true:<br><br>• The student is an initial or continuing student.<br>• The SEVIS record is in initial or |

 Official website of the Department of Homeland Security

**Homeland Security** | **STUDY** in the **STATES**

full course of study the next
session the student is expected.

| Reason | Use when... |
|---|---|
|  | **Note:** SEVIS will note this reason to terminate a student's record if:<br><br>• The DSO has not registered the student in SEVIS for the term, and<br>• The date is 90 days after the Next Session Start Date.<br><br>**Do not** use this reason if a student cannot enroll because:<br><br>• The student is suspended – use Suspension.<br>• The student is expelled – use Expulsion.<br>• The student requested an Authorized Withdrawal for that session - use Authorized Early Withdrawal. |
| Failure to Report While on OPT | All the following statements are true:<br><br>• The student's SEVIS record is Active<br>• The student is in a period of approved 24-month OPT extension. |

 Official website of the Department of Homeland Security

🦅 Homeland Security | **STUDY** in the **STATES**

| No Show – Manual Termination | All the following statements are true: |

| Reason | Use when... |
|---|---|
| | • The student's SEVIS record is in Initial status.<br>• The student is **not** a Transfer student.<br>• The SEVIS record shows the student entered the United States.<br>• The student did not report to the school by the program start date.<br><br>**Note: Do not** use this reason if a student **is** a transfer student – use Transfer Student No Show. |
| Otherwise Failing to Maintain Status | Both of the following statements are true:<br><br>• The student has not maintained status.<br>• None of the other terminations reasons applies.<br><br>**Note:** Clearly explain how the student failed to maintain status in the Remarks field on the Terminate Student page. |
| | The student is suspended from |



Official website of the Department of Homeland Security

🛡️ Homeland Security | **STUDY** in the **STATES**

| Student No Show | true:<br><br>• The student transferred from another school. |

| Reason | Use when... |
|---|---|
| | • The student failed to report to the transfer-in school as required by the program start date. **Note:** SEVIS also notes this termination reason when it auto-terminates a transfer student's SEVIS record because: • A DSO has not registered the student in SEVIS for the term, and • The date is 60 days after the program start date. |

📖 Official website of the Department of Homeland Security

 Homeland Security     **STUDY** in the **STATES**

| Reason | Use when... |
|--------|-------------|
| Transfer Withdrawn | All the following statements are true:<br><br>• The student is an M-1 student.<br>• The student's SEVIS record indicates a transfer request.<br>• The student filed Form I-539 with USCIS for approval to transfer to a new school.<br>• The student withdrew his or her request to transfer with USCIS.<br>• The program end date at the transfer out school is in the past.<br>• The student's SEVIS record is in Active status.<br><br>**Note:** SEVIS will note this reason when it auto-terminates a record because the withdrawal is received from USCIS through CLAIMS. |
| Unauthorized Drop Below Full Course | Both of the following statements are true:<br><br>• The student is not currently enrolled in a full course of study.<br>• A reduced course load was not approved by the DSO in advance. |

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

student is or was employed.
• The DSO knows the student does or did not have work

| Reason | Use when... |
|--------|-------------|
| | permission for all or part of that employment. |
| Unauthorized Withdrawal | Both of the following statements are true:<br><br>• The student withdrew from school or stopped attending classes in the middle of a term.<br>• The student did not get prior DSO approval for the withdrawal from his or her program of study. |
| Violation of Change of Status Requirements | Both of the following statements are true:<br><br>• USCIS approved a student's change of status from B-1, B-2, or F-2 or M-2 to F-1 or M-1 status.<br>• The student began his or her full course of study before the change of status was approved by USCIS. |

**Dependent Termination Reasons Available in SEVIS to School Officials**

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

• The dependent is a child of a student.

| Reason | Use when... |
|--------|-------------|
|  | • The dependent is 21 years old.<br>• The dependent's SEVIS record is in Active status.<br><br>**Note:** DSOs should not need to use this reason. SEVIS should automatically terminate these records on the dependent's 21 birthday. If it does not, use this reason to terminate the record. |
| Death | The dependent died.<br><br>**Note:** Do not use this reason if anyone else in the family died. |
| Divorce | Both of the following statements are true:<br><br>• The dependent is the spouse of a student.<br>• The student and the spouse are divorced. |
| Other | Use this option, if the correct termination reason is not in the drop-down list.<br><br>**Note**: If you select **Other**, you must enter an explanation in the text box |

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

| | • The dependent's record is related to a student whose |

| Reason | Use when... |
|---|---|
| | SEVIS record is in Completed status.<br><br>• The dependent's SEVIS record is in Active status.<br><br>**Note:** SEVIS automatically terminates dependent SEVIS records for this reason when the student's SEVIS record changes to Completed. |
| Principal Status Terminated | Both of the following statements are true:<br><br>• The student's SEVIS record is in Terminated status.<br>• The dependent's SEVIS record is in Active status.<br><br>**Note:** SEVIS automatically terminates dependent SEVIS records for this reason when the student's SEVIS record changes to Terminated. |
| Status changed due to J-1 Change of Status | DSOs should **NEVER** use this reason. This termination reasons is for dependents of J-1 status holders, not for those in F or M status. |

 Official website of the Department of Homeland Security

Homeland Security    **STUDY** in the **STATES**

the dependent is or was employed.

| Reason | Use when... |
|--------|-------------|
|  | • The DSO knows the dependent does not or did not have any form of work permission. |

## SEVP-Only Termination Reasons

| Reason | Use when... |
|--------|-------------|
| Exceeded Unemployment Time – DHS Official | A SEVIS adjudicator may note this termination when the following apply:<br><br>• The student's SEVIS record is Active.<br>• The student is in the first 12 months of approved post-completion OPT and has accrued more than 90 days of unemployment.<br>• The student is in the additional 24-month OPT extension has accrued more than 150 days of unemployment during the total period of post- |

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

| Official | submit required I-515A paperwork by the deadline. |
|----------|---------------------------------------------------|

| Reason | Use when... |
|---|---|
| Failure to Repay the I-901 Fee Chargeback – DHS Official | A SEVIS adjudicator uses this termination reason when the student fails to pay the I-901 fee when SEVP issues a chargeback for a previously cancelled payment. |
| Failure to Report While on OPT – System Termination | SEVIS notes this termination reason if the following apply:<br><br>• The student's SEVIS record is Active.<br><br>• The student is in a period of approved 24-month OPT extension.<br><br>• The DSO has not updated SEVIS to reflect the student submitted the required validation report.<br><br>• The date is 32 days after the DSO's deadline to report those students who validated their information. |
| No Show-System Termination | SEVIS notes this termination reason if all the following statements are true:<br><br>• The student's SEVIS record |

 Official website of the Department of Homeland Security

Homeland Security | **STUDY** in the **STATES**

• The SEVIS record shows the student entered the United States.

| Reason | Use when... |
| --- | --- |
| | • The DSO did not register the student in SEVIS.<br>• The date is 60 days past the program start date. |
| Other | A SEVIS adjudicator uses this termination reason when no other reasons apply. |
| School Withdrawn | SEVIS notes this termination reason on student SEVIS records when the school loses SEVP certification and is withdrawn by SEVP. |
| Violation of Change of Status Requirements – System Termination | SEVIS notes this termination reason if the following apply:<br><br>• The student's SEVIS record is Active.<br>• USCIS sends the change of status approval to F-1 or M-1 to SEVIS via CLAIMS. |
| Change of Status Approved – System Termination | The SEVIS record is in Active status and both statements are true:<br><br>• USCIS approved the student's change of status |

Official website of the Department of Homeland Security


**STUDY** in the **STATES**

program start date.

**Note:** SEVIS will auto-complete the active record to Change of

Exh. C

*Student and Exchange Visitor Program*

**U.S. Department of Homeland Security**
SEVP MS 5600
500 12th Street, SW
Washington, DC 20536-5600



**U.S. Immigration and Customs Enforcement**

June 7, 2010

| | |
|---|---|
| **POLICY GUIDANCE FOR:** | Designated School Officials |
| **FROM:** | Student and Exchange Visitor Program – Policy Branch |
| **SUBJECT:** | Policy Guidance 1004-04 – Visa Revocations |
| **AUTHORITIES:** | *Immigration and Nationality Act, section 244(b)(1)*; *8 CFR 214.2(f)(6) and (9)*; *8 CFR 214.2(m)(9)* and *8 CFR 214.3(g)(2)* |

**Comments:**

To comment on this Policy Guidance or suggest a change, please e-mail SEVIS.source@dhs.gov with "Policy Guidance 1004-04 Comment" entered in the subject line within 60 days of the date of this guidance.

**Purpose:**

The Student and Exchange Visitor Program (SEVP) wants to ensure that designated school officials (DSOs) are aware of the visa revocation process, how to record such an action in a Student and Exchange Visitor Information System (SEVIS) record, and how to respond to law enforcement inquiries involving students whose visas have been revoked.[1]

---

[1] This guidance represents SEVP's current thinking on this topic. It is advisory in nature and informational in content. Its purpose is to provide guidance to the SEVIS user community and to all SEVP personnel involved in the adjudication and review of petitions for SEVP certification and appeals.

It reflects the position on, or interpretation of, the applicable laws or regulations DHS has published as of the date of this publication, which appears on the first page of the policy guidance. This guidance does not, in any way, replace or supersede those laws or regulations. Only the latest official release of the applicable law or regulation is authoritative.

This guidance does not create or confer any rights for or on any person and does not operate to bind SEVP or the public.

SEVP has not provided previous guidance on this issue. This policy remains in effect until specifically superseded by a subsequent SEVP policy guidance or directive, or until SEVP amends the specifically cited authorities, above, with respect to this issue.

**Background:**

Visa revocations are an important tool in maintaining the security of our borders. Since September 11, 2001, the Department of State (DoS) has revoked 1,250 visas based on information suggesting possible terrorist activities or links. DoS receives a continuous stream of information that affects the eligibility of aliens to hold visas. Subsequent to an alien receiving a visa, the DoS uses any information received that calls into question the alien's suitability as a visa holder, such as a potential threat to the security of the United States, to revoke a visa. DoS revokes the visa promptly and relies on the visa application process to resolve identity and other questions at a later time, should the visa holder wish to reapply for a visa.

The revocation process supplements the terrorist watch-listing work of the Terrorist Screening Center (TSC), which provides the vast majority of the derogatory information on specific individuals. The TSC updates the DoS's Consular Lookout and Support System (CLASS) database with the derogatory information about an alien. If it appears that DoS may have issued a visa to a watch-listed alien, TSC forwards the derogatory information to the Visa Office (VO) of the Bureau of Consular Affairs, which manages the visa-revocation process for DoS.

Once it determines a possible link between the alien and the terrorist-related information, DoS formally revokes the visa. As soon as VO receives the derogatory information from TSC or other agencies, it places a revocation lookout (VRVK code) in CLASS, which replicates in real time in the Department of Homeland Security's (DHS) Interagency Border Inspection System, making the lookout available to DHS inspectors at ports of entry into the United States.

The alien does not receive advance notice that DoS is considering revoking the visa. After DoS revokes the visa, the relevant consular post attempts to contact the alien. However, the consular posts are not in a position to determine whether the alien is in the United States or to find the alien and provide him or her with notice that the revocation has occurred.

If the holder of the revoked visa reapplies for a visa at one of the embassies or consulates abroad, a consular officer carefully screens the application and, after consultation with DoS, determines eligibility. DoS might issue a new visa if it determines that the information which led to the revocation does not pertain to the alien or that the alien is in any event eligible.

**DHS Reaction to DoS Visa Revocation:**

Immigration and Customs Enforcement's Compliance Enforcement Unit (CEU) receives notification from DoS when DoS revokes a nonimmigrant's visa on national security grounds. In turn, CEU gathers additional information to prepare the case for a field investigation, if warranted. If it finds that DoS revoked an F or M visa on national security grounds, and the student is not present in the United States, CEU refers the nonimmigrant student's information to the SEVP liaison assigned to CEU.

**DSO Actions in Response to Visa Revocation Notice:**

The SEVP/CEU liaison provides a DSO with a list of the visa revocations at the DSO's school. A visa revocation may occur after the visa is issued but before the nonimmigrant enters the United States or upon arrival at a port of entry or while the nonimmigrant is in the United States.

If a DSO receives a visa revocation notice, the DSO should take the following actions in the student's SEVIS record:

- If the nonimmigrant was entering on an initial Form I-20, "Cancel" the record upon notification.

- If the nonimmigrant student was re-entering the United States to continue a program of study, enter "Terminated" in the SEVIS record for "No Show."

Some circumstances require revocation of a nonimmigrant student's visa while the nonimmigrant is in the United States and in status. Visa revocation is not, in itself, a cause for termination of the student's SEVIS record.

It is possible that neither the student in question nor the DSO has knowledge of the visa's revocation. However, law enforcement authorities may contact the school officials to verify whether the student is maintaining status.

Contact SEVP if you have questions.

Exh. D



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**
**Private Sector Exchange**

**September 2, 2016**

# Guidance Directive 2016-03
### 9 FAM 403.11-3 – VISA REVOCATION

---------------------------------------------

The Department would like to bring to your attention a policy implemented on November 5, 2015, which requires consular officers to prudentially revoke (i.e., without making a determination that the individual is inadmissible) nonimmigrant visas of individuals arrested for, or convicted of, driving under the influence or driving while intoxicated, or similar arrests/convictions, that occurred within the previous five years, as detailed in 9 FAM 403.11-3(A). This requirement does not apply when the arrest/conviction occurred prior to the date of the visa application and has already been assessed within the context of a visa application.

Driving under the influence indicates a possible visa ineligibility under INA 212(a)(1)(A)(iii) for a physical or mental disorder with associated harmful behavior that is likely to pose a threat to the property, safety, or welfare of the applicant or others in the future. Consular officers refer any nonimmigrant visa applicant with one alcohol related arrest in the last five years, two or more arrests in the last 10 years, or where other evidence suggesting an alcohol problems exists, to a panel physician for a medical examination prior to visa issuance in order to determine whether this type of ineligibility may apply to the applicant.  See INA 212(d); 22 CFR 41.108; 9 FAM 302.2-7(B)(3)(b).

The Department's prudential revocations reflect that, after visa issuance, new or additional information calls into question the subject's continued eligibility for a visa. In cases of a DUI arrest/conviction, consular officers may prudentially revoke the visa of an individual even if he or she is physically present in the United States. If a J-1's visa is revoked, the Department will usually revoke any J-2 dependents' visas as well.

What does this mean for exchange visitors?  If an exchange visitor is in the United States, the revocation of their visa does not override the J-1 status granted by Customs

2

and Border Protection ("CBP") at the time of their entry or their ability to stay in the United States (except in extremely rare instances). However, the visa is no longer valid for future travel to the United States. An individual whose visa has been revoked and who departs the United States must receive a new visa (i.e., reapply for a visa and demonstrate eligibility) before seeking to reenter the United States. Therefore, after the individual's departure from the United States, sponsors should terminate his or her program status in SEVIS.

On March 14, 2016, all unclassified 9 FAM content was made public, except for redacted portions that contain sensitive but unclassified language. The publicly available subchapters can be found at:
https://fam.state.gov/Fam/FAM.aspx?ID=09FAM.

We thank you for your continued commitment to international exchanges and to the Department's public diplomacy mission. Your contribution is vital, and we value your partnership.

Keri M. Lowry
Deputy Assistant Secretary
 for Private Sector Exchange

Exh. E

# Smashing the Student Visa System

The Trump administration is upending the student visa bureaucracy to deport foreign students. University officials are struggling to keep up.

**By** Liam Knox



Photo illustration by Justin Morrison/Inside Higher Ed | gradisca and Uladzimir Zuyeu/iStock/Getty Images

L ast week, an international student adviser at a small regional college logged on to a private forum for international enrollment and admissions professionals, seeking advice on "something strange" she'd noticed.

4/5 Articles remaining this month.    **Sign up for a free account or log in.** 

student deportations. When she got the results back, she found that a number of her students had had their legal residency status terminated without her knowledge.

*This is the third installment in an* Inside Higher Ed *series on international students under Trump. Read the first and second here.*

In the days since, nearly 100 other international student service professionals have piled onto the discussion thread to share similar stories: They trawled through SEVIS only to find unexpected visa revocations and had to quickly decide how to notify affected students.

## Most Popular

**Where Students Have Had Their Visas Revoked**

**DOE Puts 15% Cap on Universities' Indirect Research Costs**

**Harvard Resists Trump's Demands**

*Inside Higher Ed* obtained access to the forum but is keeping it and the identity of the officials posting there anonymous to ensure the privacy of the participants.

Most of the officials on the forum reported an even more troubling detail: Students weren't

4/5 Articles remaining this month. **Sign up for a free account or log in.**

When international students have their entry visas revoked, they almost always retain their legal residency status in SEVIS, according to immigration lawyers. They can stay in the country as long as they remain enrolled in courses and must reapply for a new visa if they leave. Now, as the Trump administration revokes hundreds of student visas each week, federal immigration officials also seem to be terminating students' SEVIS status—paving the way for arrest and deportation.

One forum member asked how it was possible that Immigration and Customs Enforcement could alter SEVIS status on their own; they'd never seen it done before and thought it might be a mistake.

"I'm just wondering if we have any recourse to request corrections," they wrote. "Trying to think creatively (and maybe desperately) at this point."

University officials and immigration experts who spoke with *Inside Higher Ed* both on the record and on background echoed the concerns of the forum participants. They said the Trump administration is playing fast and loose with the visa system and that its tactics are severely limiting universities' options to help students who may be targeted by ICE.

The officials on the forum said affected students were almost all Middle Eastern—Turkish, Kuwaiti, Saudi, Iranian—or from majority-Muslim countries like Malaysia, Indonesia and Bangladesh. Some said they'd received letters with unusually forceful wording, demanding they turn over student records under threat of federal investigation. Many fretted over how to advise affected students without running afoul of immigration authorities themselves.

They all worried about how best to protect students while adjusting to a visa system that appeared to be changing overnight into something unrecognizable.

"Most of us are not practicing immigration attorneys (and haven't needed to be)," one

4/5 Articles remaining this month. **Sign up for a free account or log in.**

## Editors' Picks

**The Ripple Effects of Draining the Ph.D. Pool**

**First Columbia, Now Harvard: Middle East Studies Under Pressure**

**Grant Terminated**

# 'Strange New World'

Some students have had their visas revoked due to criminal records, but many university officials report only minor infractions like traffic violations, some of them adjudicated years ago. Those without a criminal record are having their visas revoked largely under a specific clause in the Immigration and Nationality Act that gives the secretary of state personal power to determine if a student's continued presence "would have potentially serious adverse foreign policy consequences."

That 35-year-old clause has almost never been invoked until now. In an amicus brief supporting a lawsuit filed by detained Columbia graduate Mahmoud Khalil, a group of immigration lawyers says they scoured court records and legal documents for precedents of the foreign policy risk clause being used to revoke student visas. Out of 11.7 million cases, they found it had been used only 15 times before this year and had only resulted in deportation four times.

In an email to *Inside Higher Ed,* a State Department spokesperson confirmed that the

4/5  Articles remaining this month.  **Sign up for a free account or log in.**

provide statistics on visa revocations, but that the "process is ongoing and the number of revocations is dynamic."

"The State Department revokes visas every day in order to secure America's borders and keep our communities safe—and will continue to do so," the spokesperson wrote.

Clay Harmon, director of AIRC: The Association of International Enrollment Management, said he's heard reports of abrupt visa revocations from members across the country, and that it's disrupting international student service offices tasked with helping manage student visas.

"Folks in the visa system are already strapped to meet current mandates," he said. "Adding this arbitrary element into what has always been a very well-regulated system causes an undue and unfair burden on institutions."

# Visa Vigilance

Many international student support officials said they've recently made a habit of checking SEVIS daily for new terminations, especially after last week's ramping up in international student deportations blindsided some college officials.

When Tufts University doctoral student Rumeysa Ozturk was detained by ICE agents last week, not only were university officials unaware that her visa had been revoked, but her file in SEVIS still said she was "in good immigration standing," according to a court motion filed by the university Wednesday night. Ozturk's SEVIS file was only updated to reflect a termination of her status at 7:32 p.m., hours after she was abducted from the street outside her residence; university officials did not receive an email from ICE about the change in her status until 10:30 the next morning.

A spokesperson for Minnesota State University at Mankato, where a student was detained

4/5 Articles remaining this month.    **Sign up for a free account or log in.**

University of Minnesota's flagship campus, a computer system did not show that Turkish graduate student Dogukan Gunaydin's visa was revoked until several hours after he was taken into custody, according to a lawsuit Gunaydin filed Sunday.

One university international affairs official, who asked to remain anonymous in order to speak freely about his experience, said he decided to check SEVIS last week after reading Secretary of State Marco Rubio's announcement that the department had revoked 300 student visas last month. He was shocked to find that one of his students had not just their visa but also their legal status to remain in the country revoked, on the grounds they might be a foreign policy risk.

The official, who has been working in the field for more than 40 years, said he'd never seen immigration services revoke a student's SEVIS status before.

"We usually check SEVIS once a semester … we don't usually have to check statuses because we're the ones who would change them," the official said. "Now we are making a point to check thoroughly, every day. It's the only way to protect our students."

The student had not been notified of their status termination before the university reached out and "had absolutely no idea" what could have precipitated the decision. They hadn't participated in any campus protests or written op-eds and were hardly politically active. The only criminal infraction they remembered was running a stoplight.

Stephen Yale-Loehr, a retired Cornell law professor who specializes in immigration law and student visas, said leaving university officials in the dark about changes to visa status "makes it difficult for colleges to advise their international students."

"The system works on communication going both ways between immigration officials and institutions," he said. "The government doing things in secret makes it hard for both students and universities to know whether they are complying "

4/5  Articles remaining this month.  **Sign up for a free account or log in.**

There's a lot at stake in compliance for universities: The Trump administration has threatened to use the Student Exchange and Visitor Program, which normally investigates universities for visa fraud, to decertify colleges it believes have been harboring students they determine are threats to national security, according to an *Axios* report. Decertification would bar colleges from enrolling any international students at all.

Harmon of AIRC said the political weaponization of SEVP would be unprecedented.

"Their primary concern has been to verify that institutions are offering bona fide educational services and aren't just diploma mills," he said. "I've never heard of a fully accredited, reputable institution being subjected to some kind of investigation outside of the standard recertification process."

One student adviser wrote on the forum that they received a letter from the Department of Homeland Security demanding a number of international students' records and threatening to revoke the college's visa certification "without any chance of appeal" if they did not provide the records within five business days. Another said they'd gotten the same letter, but their deadline was just three business days.

Some college officials say fear and caution make it hard to do all they can to help students.

"Having to be so careful around actually protecting the student's physical safety just feels … not good enough, frankly," one adviser wrote. "It's just very painful to have to tread so lightly when there is so much more at stake for them."

Scott Pollock, a veteran immigration lawyer who specializes in international educators and student visas, said that's part of the Trump administration's strategy.

"The administration has been sowing terror in the hearts of international students. Now

4/5 Articles remaining this month.    **Sign up for a free account or log in.**

This past week several international students who received visa revocations decided to leave the country voluntarily. Two Saudi students at North Carolina State University fled this week, as did a student at Temple University and a graduate student at Cornell University who is suing the Trump administration.

Many more likely did the same without fanfare—including the anonymous university official's student, who hopes to apply for re-entry as soon as they can.

"It was not an easy decision for the student, and it was not an easy decision for us to help them make," the official said. "But they thought it would be the least risky thing to do and give them the greatest opportunity to finish their degree, which was their priority."

"I really hope to see them back on campus in the fall."

## Written By



Liam Knox

Copyright © 2025 Inside Higher Ed All rights reserved. |

4/5   Articles remaining this month.   **Sign up for a free account or log in.**

Exh. F

**AFFIDAVIT**

I, ███████████, do hereby swear and affirm under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1.  My name is ███████████. I was born on ████████ 2003 in ███, India. I am a citizen of India, and obtained this status by birth. I live at ███████████, Boston, MA. I am swearing this affidavit the termination of my SEVIS record.

2.  I am a student in good standing at Boston University. I am in my final semester of my senior year, studying International Relations.

3.  I have done everything that was required to maintain my F-1 nonimmigrant student status. I obtained my F-1 student visa in June, 2023 from my country after I previously struggled with grades and needed to return to India. Since obtaining my current F-1 visa, I have studied hard, and I even made the Dean's List for Fall 2024. I have no encounters with the police, and am not active in student politics, student groups, or politics. I do not know how to drive, therefore I have no moving violations or even parking tickets. I have done my best to be a model student and graduate on time this year.

4.  On April 3, 2025, I received an email from the International Students and Scholars Office informing me that my record in the SEVIS system was terminated by SEVP/ICE. The reason was "otherwise failing to maintain status – individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated."

5.  I did not receive any notice from the Department of State that my F-1 visa has been revoked, and neither did my parents. I have no criminal record or any encounter with the police. I do not know of anything I have done to warrant the termination of my SEVIS record.

6.  I have filed an F-1 reinstatement with USCIS (███████████) that is pending. I am asking this Court to order ICE to reinstate my SEVIS record so that I can finish out my final year and complete my degree in International Relations.

7.  I am requesting as well to proceed in this action under a pseudonym. I am afraid of the Defendants retaliating against me for asserting my rights. I am also afraid of harassment or blacklisting by third parties. I am unsure of what will happen to me now that my SEVIS record was terminated, and I am afraid that because my SEVIS record was terminated I will be considered some kind of national security or foreign policy threat for now and in the future if someone Googles my name.

8.  I ask that I be allowed to complete my studies and graduate, because I have followed the rules and have not done an action that would warrant termination of my status. This is unfair to me and unjust to my family, who have sacrificed for my education. My SEVIS record was terminated without cause and without an opportunity to address why it was

terminated.  This happened less than two months from the day I was scheduled to graduate.


Under 28 USC §1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


03/14/2003                              ██████████████

        Date                           ██████████████

Exh. G



## Fall 2024 Dean's List

**Buglio, Kerry** <kbuglio@bu.edu>                                    Thu, Feb 20, 2025 at 12:42 PM

Hello,

I would like to offer my warmest congratulations on your being named to the College of Arts & Sciences Dean's List for the fall semester of 2024.

Dean's List is an honor awarded to those CAS students who earned at least 15 academic units and had a semester GPI of 3.5 or higher. A notation will be made on your transcript. *(Please note that the notation is not there yet. It will be added in the next few weeks, but I am unable to provide you with an exact date.)*

Best wishes for your continued success!

Sincerely,
Dean Buglio


*****************************************

Kerry A. Buglio

Assistant Dean for Advising & Academic Services

College of Arts & Sciences - Boston University

she/her/hers

🔊 Hear my name

Exh. H





**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: █████████

| SURNAME/PRIMARY NAME █████ | GIVEN NAME | Class of Admission |
|---|---|---|
| PREFERRED NAME █████ | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>INDIA | COUNTRY OF CITIZENSHIP<br>INDIA | |
| CITY OF BIRTH █████ | DATE OF BIRTH<br>█████ 2003 | **ACADEMIC AND LANGUAGE** |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | ADMISSION NUMBER | |

## SCHOOL INFORMATION

| SCHOOL NAME<br>Boston University<br>Boston University | SCHOOL ADDRESS<br>International Students and Scholars Office, 888<br>Commonwealth Avenue, 2nd floor, Boston, MA 02215 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Julianne Cabour<br>International Student Advisor | SCHOOL CODE AND APPROVAL DATE<br>BOS214F00056000<br>30 JANUARY 2003 |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>BACHELOR'S | MAJOR 1<br>International Relations and Affairs<br>45.0901 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE<br>06 AUGUST 2023 |
| START OF CLASSES<br>05 SEPTEMBER 2023 | PROGRAM START/END DATE<br>05 SEPTEMBER 2023 - 16 JANUARY 2026 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 65,168 | Personal Funds | $ 0 |
| Living Expenses | $ 26,316 | Funds From This School | $ |
| Expenses of Dependents (0) | $ 0 | Family Funds | $ 91,484 |
| Other | $ | On-Campus Employment | $ 0 |
| TOTAL | $ 91,484 | TOTAL | $ 91,484 |

## REMARKS

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

| X _____ | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Julianne Cabour, International Student Advisor | 21 August 2024 | Boston,MA |

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. **Parent or guardian, and student, must sign if student is under 18.**

| X<br>SIGNATURE OF █████ | X | DATE |
|---|---|---|
| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country)    DATE |

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

---

**SEVIS ID: N0034280946 (F-1)**          **NAME:** ▮▮▮▮▮▮▮▮▮▮▮

### EMPLOYMENT AUTHORIZATIONS

### CHANGE OF STATUS/CAP-GAP EXTENSION

### AUTHORIZED REDUCED COURSE LOAD

### CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| 31 JANUARY 2024 | 19 MAY 2024 |

### TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| Julianne Cabour, International Student Advisor | | X | 08/21/2024 | Boston, MA |
| | | X | | |
| | | X | | |
| | | X | | |

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa(unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months.To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

## INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested.The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement, 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

Exh. I

 Gmail

---

### SEVIS record termination -URGENT

**Kelley, Jeanne** <jkelley@bu.edu>                                                  Thu, 3 Apr at 6:05 PM
To:
Cc: Kelley, Jeanne <jkelley@bu.edu>

Greetings

I am writing to you from the ISSO as we have just noticed that your record in SEVIS was terminated by SEVP/ICE today. It is imperative that you seek legal assistance immediately as we are concerned that you may already be in removal/deportation proceedings. It is URGENT that you contact an experienced immigration attorney who specializes in removal proceedings asap. Please find a list of local immigration attorneys and legal aid clinic contact information attached to this email. You may also wish to utilize the find a lawyer search function at: www.ailalawyer.com

SEVIS termination reason: effective 04/03/2025 10:02AM

**TERMINATION REASON: OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

I have attached copies of your SEVIS record for your information as well.

Please be advised that this indicates that your F-1 visa has also been revoked and that your F-1 student status has been terminated which means your ability to lawfully remain in the US.

I am very sorry to send you such difficult news. I can be reached at 617.353.5150 should you have questions.

Regards,

Jeanne

Jeanne E. Kelley

Managing Director, International Students & Scholars Office


**Boston University** Global Programs

888 Commonwealth Ave 2FL

Boston, MA 02215

T 617-353-3565

bu.edu/isso

Exh. J

Boston University Global Programs
International Students & Scholars Office

888 Commonwealth Avenue, 2nd Floor
Boston, Massachusetts 02215
T 617-353-3565  F 617-353-1170
www.bu.edu/isso

BOSTON
UNIVERSITY

April 10, 2025
Student Name: ███████████
SEVIS ID: ██████████

To Whom It May Concern,

I am writing in my capacity as Associate Director of Student Services and DSO at Boston University regarding Ms.
██████████ SEVIS record ████████████. During a routine audit on 04/03/2025 our office discovered that Ms.
██████████ SEVIS record had been terminated by SEVIS Maintenance for "OTHERWISE FAILING TO MAINTAIN STATUS-
Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated"
without notification to the institution or to the student.

Ms. ██████ has been a student at Boston University since Fall 2021 and expects to complete her program of study in
Spring 2025 on May 18, 2025. Ms. ██████ is in good academic standing working towards a International Relations BA
degree and has been enrolled in full-time status in every required semester since fall 2021 semester and is currently
enrolled full-time for spring 2025 semester. Ms. ██████ is academically eligible to continue her program moving
forward to complete her degree.

Kind regards,

Shannon Gerber
Associate Director for Student Services DSO: BOS.214.F.00056.000
swgerber@bu.edu

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

## SEVIS ID: N0034280946

| | | Class of Admission |
|---|---|---|
| **SURNAME/PRIMARY NAME** | **GIVEN NAME** | |
| **PREFERRED NAME**<br>Wanika Choudhary | **PASSPORT NAME** | **F-1** |
| **COUNTRY OF BIRTH**<br>INDIA | **COUNTRY OF CITIZENSHIP**<br>INDIA | |
| **CITY OF BIRTH** | **DATE OF BIRTH** | **ACADEMIC AND** |
| **FORM ISSUE REASON**<br>REINSTATEMENT | **ADMISSION NUMBER** | **LANGUAGE** |

### SCHOOL INFORMATION

| | |
|---|---|
| **SCHOOL NAME**<br>Boston University<br>Boston University | **SCHOOL ADDRESS**<br>International Students and Scholars Office, 888<br>Commonwealth Avenue, 2nd floor, Boston, MA 02215 |
| **SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL**<br>Shannon Jerber<br>Associate Director for Student Services | **SCHOOL CODE AND APPROVAL DATE**<br>BOS214F11156000<br>11 JANUARY 2003 |

### PROGRAM OF STUDY

| | | |
|---|---|---|
| **EDUCATION LEVEL**<br>BACHELOR'S | **MAJOR 1**<br>International Relations and Affairs<br>45.0901 | **MAJOR 2**<br>None 00.0000 |
| **PROGRAM ENGLISH PROFICIENCY**<br>Required | **ENGLISH PROFICIENCY NOTES**<br>Student is proficient | **EARLIEST ADMISSION DATE**<br>11 MARCH 2025 |
| **START OF CLASSES**<br>01 APRIL 2025 | **PROGRAM START END DATE**<br>01 APRIL 2025 - 16 JANUARY 2026 | |

### FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | | STUDENT'S FUNDING FOR: 9 MONTHS | | |
|---|---|---|---|---|---|
| Tuition and Fees | $ | 71,137 | Personal Funds | $ | |
| Living Expenses | $ | 29,350 | Funds From This School | $ | |
| Expenses of Dependents (0) | $ | | Family Funds | $ | 100,497 |
| Other | $ | | On-Campus Employment | $ | |
| TOTAL | $ | 100,497 | TOTAL | $ | 100,497 |

### REMARKS

### SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form

| X _(signature)_ | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Shannon Jerber, Associate Director for Student Services | 11 April 2025 | Boston, MA |

### STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

| X _(signature)_ | 04/10/2025 |
|---|---|
| SIGN | DATE |

| | X | | |
|---|---|---|---|
| **NAME OF PARENT OR GUARDIAN** | **SIGNATURE** | **ADDRESS** (city/state or province/country) | **DATE** |

ICE Form I-20 (11/30/2025)

Page 1 of 3

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID** ▮▮▮▮▮▮▮▮

**NAME:** ▮▮▮▮▮▮▮▮

**EMPLOYMENT AUTHORIZATIONS**

**CHANGE OF STATUS/CAP-GAP EXTENSION**

**AUTHORIZED REDUCED COURSE LOAD**

**CURRENT SESSION DATES**

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| | |

**TRAVEL ENDORSEMENT**

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| | | X | | |
| | | X | | |
| | | X | | |
| | | X | | |

ICE Form I-20 (11/30/2025)

**Department of Homeland Security**

U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status

OMB NO. 1653-0038

### INSTRUCTIONS TO STUDENTS

**STUDENT ATTESTATION.** You should read everything on this page carefully. Be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before signing the student attestation on page 1 of the Form I-20 A-B. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**FORM I-20.** The Form I-20 (this form) is the primary document to show that you have been admitted to school in the United States and that you are authorized to apply for admission to the United States in F-1 class of admission. You must have your Form I-20 with you at all times. If you lose your Form I-20, you must request a new one from your designated school official (DSO) at the school named on your Form I-20.

**VISA APPLICATION.** You must give this Form I-20 to the U.S. consular officer at the time you apply for a visa (unless you are exempt from visa requirements). If you have a Form I-20 from more than one school, be sure to present the Form I-20 for the school you plan to attend. Your visa will include the name of that school, and you must attend that school upon entering the United States. You must also provide evidence of support for tuition and fees and living expenses while you are in the United States.

**ADMISSION.** When you enter the United States, you must present the following documents to the officer at the port of entry: 1) a Form I-20; 2) a valid F-1 visa(unless you are exempt from visa requirements); 3) a valid passport; and 4) evidence of support for tuition and fees and living expenses while you are in the United States. The agent should return all documents to you before you leave the inspection area.

**REPORT TO SCHOOL NAMED ON YOUR FORM I-20 AND VISA.** Upon your first entry to the United States, you must report to the DSO at the school named on your Form I-20 and your F-1 visa (unless you are exempt from visa requirements). If you decide to attend another school before you enter the United States, you must present a Form I-20 from the new school to a U.S. consular officer for a new F-1 visa that names the new school. Failure to enroll in the school, by the program start date on your Form I-20 may result in the loss of your student status and subject you to deportation.

**EMPLOYMENT.** Unlawful employment in the United States is a reason for terminating your F-1 status and deporting you from the United States. You may be employed on campus at your school. You may be employed off-campus in curricular practical training (CPT) if you have written permission from your DSO. You may apply to U.S. Citizenship and Immigration Services (USCIS) for off-campus employment authorization in three circumstances: 1) employment with an international organization; 2) severe and unexpected economic hardship; and 3) optional practical training (OPT) related to your degree. You must have written authorization from USCIS before you begin work. Contact your DSO for details. Your spouse or child (F-2 classification) may not work in the United States

**PERIOD OF STAY.** You may remain in the United States while taking a full course of study or during authorized employment after your program. F-1 status ends and you are required to leave the United States on the earliest of the following dates: 1) the program end date on your Form I-20 plus 60 days; 2) the end date of your OPT plus 60 days; or 3) the termination of your program for any other reason. Contact your DSO for details.

**EXTENSION OF PROGRAM.** If you cannot complete the education program by the program end date on page 1 of your Form I-20, you should contact your DSO at least 15 days before the program end date to request an extension.

**SCHOOL TRANSFER.** To transfer schools, first notify the DSO at the school you are attending of your plan to transfer, then obtain a Form I-20 from the DSO at the school you plan to attend. Return the Form I-20 for the new school to the DSO at that school within 15 days after beginning attendance at the new school. The DSO will then report the transfer to the Department of Homeland Security (DHS). You must enroll in the new school at the next session start date. The DSO at the new school must update your registration in SEVIS.

**NOTICE OF ADDRESS.** When you arrive in the United States, you must report your U.S. address to your DSO. If you move, you must notify your DSO of your new address within 10 days of the change of address. The DSO will update SEVIS with your new address.

**REENTRY.** F-1 students may leave the United States and return within a period of five months.To return, you must have: 1) a valid passport; 2) a valid F-1 student visa (unless you are exempt from visa requirements); and 3) your Form I-20, page 2, properly endorsed for reentry by your DSO. If you have been out of the United States for more than five months, contact your DSO

**AUTHORIZATION TO RELEASE INFORMATION BY SCHOOL.** DHS requires your school to provide DHS with your name, country of birth, current address, immigration status, and certain other information on a regular basis or upon request. Your signature on the Form I-20 authorizes the named school to release such information from your records.

**PENALTY.** To maintain your nonimmigrant student status, you must: 1) remain a full-time student at your authorized school; 2) engage only in authorized employment; and 3) keep your passport valid. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

### INSTRUCTIONS TO SCHOOLS

Failure to comply with 8 CFR 214.3(k) and 8 CFR 214.4 when issuing Forms I-20 will subject you and your school to criminal prosecution. If you issue this form improperly, provide false information, or fail to submit required reports, DHS may withdraw its certification of your school for attendance by nonimmigrant students.

**ISSUANCE OF FORM I-20.** DSOs may issue a Form I-20 for any nonimmigrant your school has accepted for a full course of study if that person: 1) plans to apply to enter the United States in F-1 status; 2) is in the United States as an F-1 nonimmigrant and plans to transfer to your school; or 3) is in the United States and will apply to change nonimmigrant status to F-1. DSOs may also issue the Form I-20 to the spouse or child (under the age of 21) of an F-1 student to use to enter or remain in the United States as an F-2 dependent. DSOs must sign where indicated at the bottom of page 1 of the Form I-20 to attest that the form is completed and issued in accordance with regulations.

**ENDORSEMENT OF PAGE 2 FOR REENTRY.** If there have been no substantive changes in information, DSOs may endorse page 2 of the Form I-20 for the student and/or the F-2 dependents to reenter the United States. If there have been substantive changes, the DSO should issue and sign a new Form I-20 that includes those changes.

**RECORDKEEPING.** DHS may request information concerning the student's immigration status for various reasons. DSOs should retain all evidence of academic ability and financial resources on which admission was based, until SEVIS shows the student's record completed or terminated.

**AUTHORITY FOR COLLECTING INFORMATION.** Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The Department of State and DHS use this information to determine eligibility for the benefits requested.The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

**REPORTING BURDEN.** U.S. Immigration and Customs Enforcement collects this information as part of its agency mission under the Department of Homeland Security. The estimated average time to review the instructions, search existing data sources, gather and maintain the needed data, and complete and review the collection of information is 30 minutes (.50 hours) per response. An agency may not conduct or sponsor, and a person is not required to respond to an information collection unless a form displays a currently valid OMB Control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: Office of the Chief Information Officer/Forms Management Branch, U.S. Immigration and Customs Enforcement. 801 I Street NW Stop 5800, Washington, DC 20536-5800. Do not send the form to this address.

Exh. K



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type 1539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|---|
| **Received Date** 04/11/2025 | **Priority Date** | **Applicant** |
| **Notice Date** 04/11/2025 | **Page** 1 of 3 | **Beneficiary** |

BOSTON MA

**Notice Type:** Receipt Notice
Filing Fee Collected by Pay.gov

We have received the application or petition ("your case") listed above. This notice only shows that USCIS accepted your online filed case on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will update your online account when we make a decision on your case or if we need additional information.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can access your online account at my.uscis.gov/account.

**Processing time -** Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you via MyUSCIS and update our systems.

**Biometrics -** We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes -** If you move while your case is pending, please update your address in your online account at my.uscis.gov/account
**Return of Original Documents -** Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| ███████ | | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| **Received Date** 04/11/2025 | **Priority Date** | **Applicant** ███████ |
| **Notice Date** 04/11/2025 | **Page** 2 of 3 | **Beneficiary** ███████ |

Beneficiary(ies):
Name ███████                    DOB ████ 2003    COB INDIA                    Class

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter