UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Student Doe, | ) |
|         Plaintiff, | ) |
|     v. | ) Civil No. 1:25-cv-11077-BEM |
| Pam Bondi, *et al.,* | ) |
|         Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) because Defendants have reinstated the SEVIS account that gave rise to the operative complaint.

Dated: April 29, 2025

Respectfully Submitted,

/s/*Simon Cataldo*
Simon J. Cataldo (MA 690879)
Ashcroft Law Firm
200 State St, 7th Fl.
Boston MA 02109
(617) 573-9400
scataldo@ashcroftlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2025, the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

                                                               /s/*Simon Cataldo*
                                                               Simon J. Cataldo